THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jasper Terrell
 Barnes,Appellant.
 
 
 

Appeal from Georgetown County
 Edward B. Cottingham, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-571
 Submitted October 1, 2008  Filed October
14, 2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Sally W. Elliot,
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: 
 Jasper Terrell Barnes appeals his
 conviction for criminal domestic violence of a high and aggravated nature. On appeal, Barnes counsel argues the trial court erred by denying Barnes motion for a
 directed verdict.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.